RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Patrick Michael McGough

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>PATRICK MICHAEL MCGOUGH,<br><br>       Defendant. | Case No. 2:24-mj-00568-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Patrick McGough, that the status conference currently scheduled on April 11, 2025 at 11:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant plans to be out of the district on the date of the status conference.

2. Mr. McGough needs additional time to complete the special conditions of his unsupervised probation.

1      This is the first request for a continuance of the status conference.

2      DATED this 28th day of March, 2025.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney
5

6

     By /s/ Rick Mula                       By /s/ Skyler Pearson
7    RICK MULA                              SKYLER PEARSON
     Assistant Federal Public Defender      Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

4

UNITED STATES OF AMERICA,

                 Plaintiff,

5

     v.

6

PATRICK MICHAEL MCGOUGH,

7

                 Defendant.

8

Case No. 2:24-mj-00568-DJA

**ORDER**

9

10

      IT IS THEREFORE ORDERED that the status conference currently scheduled for April

11

11, 2025 at 11:30 a.m., be vacated and continued to **May 16, 2025, at 11:30 a.m.**

12

13

      DATED this  28th day of March, 2025.

14

15

_____

16

UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

3