RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Patrick Michael McGough

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00568-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Third Request) |
| PATRICK MICHAEL MCGOUGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Patrick McGough, that the status conference currently scheduled on July 25, 2025 at 11:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Since filing the last stipulation to continue, Mr. McGough has paid his $40 fine. Mr. McGough also has taken on additional hours at work to afford the cost of the online classes. However, his schedule is demanding, requiring him to leave his home at 7:15 AM and return

home around midnight or 1 AM. Accordingly, he requires additional time to complete the special conditions of his unsupervised probation.

2. The defendant is out of custody and agrees with the need for continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the status conference.

DATED this 16th day of July 2025.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
United States Attorney


By */s/ Rick Mula*

By */s/ Skyler Pearson*

RICK MULA
Assistant Federal Public Defender

SKYLER PEARSON
Assistant United States Attorney

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00568-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| PATRICK MICHAEL MCGOUGH, | |
| Defendant. | |

9

10      IT IS THEREFORE ORDERED that the status conference currently scheduled for July

11  25, 2025 at 11:30 a.m., be vacated and continued to **October 3, 2025, at 11:30 a.m.**

12

13      DATED this 16th day of July 2025.

14

15      _____

16      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26