RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Patrick Michael McGough

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK MICHAEL MCGOUGH,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00568-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Patrick McGough, that the status conference currently scheduled on October 3, 2025 at 11:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Mr. McGough has paid his fine but requires additional time to complete his online classes.

　　　2.　　The defendant is out of custody and agrees with the need for continuance.

　　　3.　　The parties agree to the continuance.

This is the fourth request for a continuance of the status conference.

DATED this 30th day of September, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK MICHAEL MCGOUGH,<br><br>    Defendant. | Case No. 2:24-mj-00568-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the status conference currently scheduled for October 3, 2025 at 11:30 a.m., be vacated and continued to November 7, 2025, at 11:30 a.m.

    DATED this 1st day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3