RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Patrick Michael McGough

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PATRICK MICHAEL MCGOUGH,<br><br>        Defendant. | Case No. 2:24-mj-00568-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting Assistant United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Patrick McGough, that the status conference currently scheduled on November 7, 2025 at 11:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. McGough has paid his fine but requires additional time to complete his online classes.

2. Mr. McGough has become homeless and is struggling to meet basic needs.

3. Mr. McGough is out of custody and agrees with the need for continuance.

4.  The parties agree to the continuance.

This is the fifth request for a continuance of the status conference.

DATED this 28th day of October, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting Assistant United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00568-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| PATRICK MICHAEL MCGOUGH, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for November 7, 2025 at 11:30 a.m., be vacated and continued to **January 16, 2026, at 11:30 a.m.**

DATED this 29th day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE