RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Patrick Michael McGough

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:24-mj-00568-DJA |
| Plaintiff, | Stipulation and Proposed Order |
| v. | |
| Patrick Michael McGough, | |
| Defendant. | |

Mr. McGough was charged by Criminal Complaint on July 2, 2024, with three counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); and (3) Revoked Driver's License (a violation of 36 C.F.R. § 4.2(b); NRS § 483.560(1)). (ECF No. 1.)

Mr. McGough was sentenced on October 15, 2024 (ECF No. 10). At sentencing, Mr. McGough was sentenced to Count One as follows with Counts Two and Three dismissed:

   One-year term of Unsupervised Probation with special conditions:

   1. $30.00 Fine and $10.00 Mandatory Penalty Assessment;
   2. Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;
   3. Attend/ Complete an Eight (8) hour online alcohol awareness course.

(*Id.*)

  Mr. McGough has completed the special conditions of his unsupervised probation in accordance with his sentence. Accordingly, the parties agree that the status conference set for January 16, 20026, at 11:30 AM should be vacated.

  Dated: January 8, 2026

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES | TODD BLANCHE |
| Federal Public Defender | Deputy Attorney General of the United States |
| | |
| */s/ Rick A. Mula* | */s/ Skyler H. Pearson* |
| Rick A. Mula | Skyler H. Pearson |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Patrick Michael McGough,<br><br>　　　　Defendant. | Case No. 2:24-mj-00568-DJA<br><br>Order |

　　　The Court finds that Mr. McGough has completed the special conditions of his unsupervised probation in accordance with his sentence.

　　　IT IS THEREFORE ORDERED that the status conference set for January 16, 20026 at 11:30 AM is vacated.

　　　DATED this  9th  day of January, 2026.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE